IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

AHOLUSI PILLOW, individually and on behalf )
of himself and others similarly situated )
)
v. ) NO. 1:22-0026
) Campbell/Holmes
WELLMED MEDICAL MANAGEMENT, INC. )

**O R D E R**

On November 10, 2022, the parties filed a joint motion to stay proceedings. (Docket No. 10.) To allow for resolution of the motion by Judge Campbell, the initial case management conference currently scheduled for November 16, 2022 is CANCELLED. If, however, the motion to stay should be denied, the parties must, **within two (2) business days** of the order denying the stay, file a joint motion to reset the initial case management conference.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge